UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

WANDA BURNETTE,

                      Plaintiff,                   **RESCHEDULING ORDER**

      -against-                               24 Civ. 2003 (CS) (AEK)

ELDRED CENTRAL SCHOOL DISTRICT, *et al.,*

                      Defendants.
----------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This video settlement conference before Magistrate Judge Andrew E. Krause is hereby rescheduled from Tuesday, May 6, 2025 to **Monday, June 9, 2025, at 9:30 a.m.**

On or before **Thursday, June 5, 2025**, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. By **May 27, 2025**, Plaintiff must make at least one concrete settlement demand, and by **June 3, 2025**, Defendants must make at least one concrete settlement offer. These figures must be reported in the pre-conference letters. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

Parties—not just the attorneys—must attend the settlement conference. The individual defendants are not required to attend themselves, but the school district must send a representative with decision-making authority to settle the matter. In addition, to the extent liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

This conference will be conducted by video, using Microsoft Teams. A link and instructions will be provided to the parties by email prior to the conference. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: April 28, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge