UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Burnette,

                                   Plaintiff(s),

                                                                    **O R D E R**

            -against –

                                                                    7:24-CV-02003 (CS)


Eldred Central School District et al,

                                   Defendant(s).
-------------------------------------------------------------X

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.


      **SO ORDERED**.

Dated: June 24, 2026

      White Plains, New York


_____

    CATHY SEIBEL, U.S.D.J.